**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shaun Russell WINLAND,
Defendant–Appellant.**

No. 03–10450.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 31, 2004.

Linda Marie Dedman, Dallas, TX, for Plaintiff–Appellee.

Barbara C. Crampton, Crampton & Crampton, Wichita Falls, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Shaun Russell Winland (Winland) appeals his guilty-plea conviction and sentence for felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1). Winland was sentenced to 10 years' imprisonment and to three years of supervised release. He argues on appeal that the magistrate judge plainly erred in not advising him of the effect of supervised release as required by Rule 11 of the Federal Rules of Criminal Procedure.

The Federal Rules of Criminal Procedure were amended December 1, 2002. Because Winland's rearraignment occurred after that date, the current version controls. *See United States v. De Los Santos,* 260 F.3d 446, 447 (5th Cir.2001). The current version of Rule 11 does not require, as the former version did, that the court explain to the defendant the "effect" of supervised release or the revocation thereof. Thus, Winland cannot show plain error. *See United States v. Vonn,* 535 U.S. 55, 59, 122 S.Ct. 1043, 152 L.Ed.2d 90 (2002).

The appeal is DISMISSED as frivolous. 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.